THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOSHUA ALLIE SCOTT, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:10-cv-106 (CAR) |
| v. | : | |
| | : | |
| LARRY SAYRE, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Magistrate Judge Charles H. Weigle's November 30, 2010 Recommendation [Doc. 25] to dismiss the instant case without prejudice due to Plaintiff's failure to prosecute his action. Plaintiff has not filed an objection to the Recommendation. As set forth by the Judge Weigle in his Recommendation, Plaintiff has not had any contact with this Court for nearly five months, despite the Court's multiple orders instructing Plaintiff to diligently prosecute this action. Plaintiff has had ample notice and opportunity to contact this Court and has been warned that failure to do so would result in dismissal of this action. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**, and this case is hereby **DISMISSED with prejudice** for failure to prosecute.

**SO ORDERED**, this 10th day of January, 2011.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

SSH